# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*
*Raymond H. Shockley, Jr., Staff Attorney*
*Jennifer R. Gorchow, Staff Attorney*

*Jennie P. Archer\**
*Kelleen E. Stanley\**
*Lu'Shell K. Alexander\**
*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

July 6, 2020

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

      RE:    **Chapter 13 Bankruptcy**
              **Case No. 17-23245 (ABA)**
              **Debtor(s) Name:  Darryl A. & Michele D. Worthy**

Dear Judge Altenburg:

Please accept this letter in lieu of a more formal response to the Motion for Authorization to Enter Into Final Loan Modification Agreement.

Debtors come before the Court on a Motion for Authorization to Enter Into Final Loan Modification Agreement with Midland Mortgage. While the Trustee does not oppose the motion, the Trustee objects to the proposed form of Order.

The Trustee respectfully requests the Debtors be required to submit an amended proposed Order to the Judge's chambers in accordance with the Local Mandatory Forms effective December 17, 2019. Debtors may obtain the correct form of order from the Clerk's office or on the Court's website: www.njb.uscourts.gov/forms.

As always, the Court is welcome to contact the Trustee with any concerns.

                        Respectfully submitted,

                        /s/ *Isabel C. Balboa*
                        Isabel C. Balboa
                        Chapter 13 Standing Trustee

ICB/jpa
cc:    Lee M. Perlman, Esquire (via CM/ECF)
       Darryl A. & Michele D. Worthy (via Regular Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

**P.O. Box 1978**
**Memphis, TN 38101-1978**