Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−23245−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Darryl A. Worthy  
4 Partridge Ct  
Marlton, NJ 08053  

Michele D. Worthy  
aka Michele Rachunok  
4 Partridge Ct  
Marlton, NJ 08053

Social Security No.:
  xxx−xx−0363                                        xxx−xx−4097

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:           July 21, 2020
Time:           10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*35* − Limited Objection to (related document:34 Motion to Approve Loan Modification with Midland Mortgage Filed by Lee Martin Perlman on behalf of Darryl A. Worthy, Michele D. Worthy. Objection deadline is 07/16/2020. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Certification # 3 Exhibit # 4 Proposed Order # 5 Certificate of Service) filed by Debtor Darryl A. Worthy, Joint Debtor Michele D. Worthy) filed by Isabel C. Balboa on behalf of Isabel C. Balboa. (Balboa, Isabel)

and transact such other business as may properly come before the meeting.


Dated: July 6, 2020
JAN: eag

Jeanne Naughton
Clerk