Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−23245−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Darryl A. Worthy
4 Partridge Ct
Marlton, NJ 08053

Michele D. Worthy
aka Michele Rachunok
4 Partridge Ct
Marlton, NJ 08053

Social Security No.:
   xxx−xx−0363

   xxx−xx−4097

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:            July 21, 2020
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*35* – Limited Objection to (related document:34 Motion to Approve Loan Modification with Midland Mortgage Filed by Lee Martin Perlman on behalf of Darryl A. Worthy, Michele D. Worthy. Objection deadline is 07/16/2020. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Certification # 3 Exhibit # 4 Proposed Order # 5 Certificate of Service) filed by Debtor Darryl A. Worthy, Joint Debtor Michele D. Worthy) filed by Isabel C. Balboa on behalf of Isabel C. Balboa. (Balboa, Isabel)

and transact such other business as may properly come before the meeting.


Dated: July 6, 2020
JAN: eag

Jeanne Naughton
Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey
```

In re:                                                      Case No. 17-23245-ABA
Darryl A. Worthy                                            Chapter 13
Michele D. Worthy
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1              Date Rcvd: Jul 06, 2020
                               Form ID: 173             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2020.
db/jdb          +Darryl A. Worthy,    Michele D. Worthy,    4 Partridge Ct,    Marlton, NJ 08053-2851

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Douglas J. Smillie    on behalf of Creditor    M&T Bank dsmillie@flblaw.com,  ccharlton@flblaw.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Lee Martin Perlman    on behalf of Debtor Darryl A. Worthy ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
              Lee Martin Perlman    on behalf of Joint Debtor Michele D. Worthy ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com
              Melissa N. Licker    on behalf of Creditor    Chase Records Center NJ_ECF_Notices@mccalla.com,
               mccallaecf@ecf.courtdrive.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 8