Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                Case No.: 17−23245−ABA
                Chapter: 13
                Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Darryl A. Worthy | Michele D. Worthy |
| 4 Partridge Ct | aka Michele Rachunok |
| Marlton, NJ 08053 | 4 Partridge Ct |
| | Marlton, NJ 08053 |

Social Security No.:
  xxx−xx−0363                                                     xxx−xx−4097

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>July 11, 2022</u>                     <u>Andrew B. Altenburg Jr.</u>
                                                    Judge, United States Bankruptcy Court